IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

| | |
|---|---|
| **FEROLETO STEEL COMPANY, INC.,** | |
| Plaintiff, | Civil Action No. 5:24-cv-00218 |
| vs. | |
| **CLEVELAND-CLIFFS WEIRTON, LLC,** | Judge Bailey |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of December, 2024, I electronically filed a **Certificate of Service** for **Feroleto Steel Company Inc.'s Interrogatories and Requests for Production of Documents Directed to Cleveland Cliffs Weirton, LLC** with the Clerk of Court using the CM/ECF System, which will send notification of such filing to counsel of record, provided that they are CM/ECF participants, and further certify I served a copy of the foregoing on the following counsel of record via United States mail and electronic mail:

Michael E. Hooper, Esq.
Andrew J. Horowitz, Esq.
Obermayer Rebmann Maxwell & Hippel LLP
525 William Penn Place, Suite 1710
Pittsburgh, Pennsylvania 15219
Phone: (412) 288-2452
Fax: (412) 281-1530
E-Mail: michael.hooper@obermayer.com
E-Mail: andrew.horowitz@obermayer.com

*/s/ Holly S. Planinsic*
Holly S. Planinsic
W.Va. State Bar I.D. #6551
Jacquelyn J. Cowan
W.Va. State Bar I.D. #12972
HERNDON, MORTON, HERNDON & YAEGER
83 Edgington Lane
Wheeling, West Virginia 26003
Phone: (304) 242-2300
Fax: (304) 243-0890
E-mail: hplaninsic@hmhy.com
E-mail: jcowan@hmhy.com