## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## WHEELING DIVISION

| | |
|---|---|
| FEROLETO STEEL COMPANY, INC., | |
| Plaintiff, | Civil Action No. 5:24-cv-00218 |
| vs. | |
| CLEVELAND-CLIFFS WEIRTON, LLC, | Judge Bailey |
| Defendant. | |

### SCHEDULING ORDER CHECKLIST

1. **INTERMEDIATE PRETRIAL CONFERENCE**     <u>at the parties' request</u>

2. **MEDIATION**     Before-     <u>**August 1, 2025**</u>

3. **JOINDER AND AMENDMENTS**     <u>**April 4, 2025**</u>

4. **EXPERT DISCLOSURE**
   a. WITH BURDEN     <u>**May 1, 2025**</u>
   b. WITHOUT BURDEN     <u>**June 1, 2025**</u>

5. **EXAMINATION/INSPECTIONS**     <u>**May 1, 2025**</u>

6. **DISCOVERY COMPLETION**     <u>**June 6, 2025**</u>

7. **DISPOSITIVE MOTIONS**     <u>**June 20, 2025**</u>
   RESPONSES     <u>**July 11, 2025**</u>
   REPLIES     <u>**July 25, 2025**</u>

8. **PRETRIAL DISCLOSURE, FED R. CIV PRO 26(a)3**     <u>**July 20, 2025**</u>
   a. OBJECTIONS     <u>**August 4, 2025**</u>

9. **JURY INSTRUCTIONS, VOIR DIRE AND VERDICT FORMS**     <u>N/A</u>
   a. OBJECTIONS     <u>N/A</u>

10. **MOTIONS IN LIMINE**     <u>**July 20, 2025**</u>
    a. OBJECTIONS     <u>**August 4, 2025**</u>

11. **BIOGRAPHICAL SKETCHES**     <u>**August 4, 2025**</u>

**EXHIBIT A**

| | | |
|---|---|---|
| 12. | JOINT FINAL PRETRIAL CONFERENCE ORDER | **September 1, 2025** |
| 13. | FINAL PRETRIAL CONFERENCE | **After September 17, 2025** |
| 14. | TRIAL | **October 1, 2025 or later** |
| | a. PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW | **30 days following the conclusion of the Bench Trial** |

H0070350.4

**EXHIBIT A**